# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MILTON BIRCH, et al., | Case No. 2:15-cv-02184-JAD-NJK |
| Plaintiff(s), | ORDER |
| SOLICITOR GENERAL, et al., | (Docket No. 9) |
| Defendant(s). | |

On July 12, 2016, the Court issued a notice of intent to dismiss this case for failure to file a proper proof of service. Docket No. 6. On July 26, 2016, Plaintiffs filed copies of receipts showing service by priority mail. Docket No. 7. Because Plaintiffs' attempted service was inadequate, on December 27, 2016, the Court ordered Plaintiffs to show cause in writing, no later than January 17, 2017, why this case should not be dismissed for failure to serve Defendants properly. Docket No. 8. The Court also stated that, alternatively, Plaintiffs could file a motion to extend the time to serve Defendants by that date. *Id.*

On January 11, 2017, Plaintiffs filed a certificate of mailing, which the Court construes as a motion to extend the time to effectuate service of process. Docket No. 9. A preliminary review of Plaintiffs' filing demonstrates that their renewed attempt to effectuate service is deficient, as Plaintiffs have not attempted to serve the United States Attorney in this District. *See* Docket No. 9; *see also* Fed. R. Civ. P. 4(i)(A)(i).

Accordingly, the Court **GRANTS** Plaintiffs' motion to extend the time to effectuate service of process. Docket No. 9. Plaintiff shall have 60 days to properly effectuate service upon Defendants.

IT IS SO ORDERED.

DATED: January 20, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge